# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GLEN M. ABRAM,

    Petitioner,

vs.

CITY OF RENO, et al.,

    Respondents.

Case No. 3:14-cv-00224-RCJ-VPC

**ORDER**

    The court directed petitioner to show cause why this action should not be dismissed as untimely. Order (#9). Petitioner has submitted two documents, one titled "Factual Predicate" (#9), and one titled "Malpractice" (#10). Petitioner does not contest the court's calculations. Instead, he argues that his conviction has led to unpleasant consequences. However, he has not demonstrated that he was unable to file a petition until the commencement of this action, and thus equitable tolling is not warranted.

    Reasonable jurists would not find the court's conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** with prejudice as untimely. The clerk of the court shall enter judgment accordingly.

///

///

///

///

IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

Dated: November 19, 2014.

_____
ROBERT C. JONES
United States District Judge